UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| STEPHEN BUSHANSKY,<br><br>     Plaintiff,<br><br>  v.<br><br>U.S. XPRESS ENTERPRISES, INC., ERIC FULLER, MAX FULLER, JON BEIZER, EDARD BRAMAN, JENNIFER G. BUCKNER, MICHAEL DUCKER, DENNIS NASH, and JOHN C. RICKEL,<br><br>     Defendants. | Case No. 1:23-cv-04393-RA<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

  PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: July 6, 2023

                   **WEISS LAW**

                   By _/s/ Michael Rogovin_
                   Michael Rogovin
                   476 Hardendorf Ave. NE
                   Atlanta, GA 30307
                   Tel: (404) 692-7910
                   Fax: (212) 682-3010
                   Email: mrogovin@weisslawllp.com

                   *Attorneys for Plaintiff*